**HANNO T. POWELL  131154**
**MATTHEW G. BACKOWSKI  216517**
**POWELL SLATER, LLP**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:    (559) 228-8034
Facsimile:      (559) 228-6818
hpowell@powellslater.com
mbackowski@powellslater.com

Attorneys for defendants LITTRELL HOMES, INC.,
L&L CONSTRUCTION dba LITTRELL HOMES, and ROBERT LITTRELL

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

*****

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO. RRG A Risk Retention Group, <br><br>  Plaintiffs,<br><br> v.<br><br>LITTRELL HOMES, INC., L&L CONSTRUCTION dba: LITTRELL HOMES, ROBERT LITTRELL.<br><br>  Defendants. | Case No. 1:15-cv-01520-DAD-EPG<br><br>**ORDER APPROVING SUBSTITUTION OF ATTORNEY FOR LITTRELL HOMES, INC., L&L CONSTRUCTION dba LITTRELL HOMES, and ROBERT LITTRELL** |

The Court, having read and considered the Substitution of Attorney for LITTRELL HOMES, INC., L&L CONSTRUCTION dba LITTRELL HOMES, and ROBERT LITTRELL substituting Hanno T. Powell and Matthew G. Backowski of Powell Slater, LLP, as their attorneys of record in this matter in place of Hanno T. Powell and Matthew G. Backowski of Powell & Pool, LLP, hereby approves this substitution.[1]

///

///

///

---

[1] A fully executed copy of the Notice of Substitution of Attorney is available on the docket as ECF No. 23.

- 1 -

_____
Order

The contact information for new counsel is:
**HANNO T. POWELL  131154**
**MATTHEW G. BACKOWSKI  216517**
**POWELL SLATER, LLP**
7522 N. Colonial Avenue, Suite 100
Fresno, California 93711
Telephone:     (559) 228-8034
Facsimile:      (559) 228-6818
hpowell@powellslater.com
mbackowski@powellslater.com

IT IS SO ORDERED.

Dated:   **March 2, 2016**              /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

-2-
_____
Order