1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO., RRG,<br><br>Plaintiff,<br><br>v.<br><br>LITTRELL HOMES INC., L&L CONSTRUCTION d/b/a LITTRELL HOMES, ROBERT LITTRELL,<br><br>Defendants. | No. 1:15-cv-01520-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br><br>(Doc. No. 25) |

On January, 29, 2016, the parties filed a stipulation and proposed order requesting a continuance of the scheduling conference in this action to allow time for the parties to meet and confer regarding stipulated facts and exhibits for the purpose of filing cross-motions for partial summary judgment.  (Doc. No. 20.)  On February 1, 2016, the court entered an order continuing the scheduling conference, which required the parties to file a status report by March 1, 2016, regarding whether any agreement had been reached concerning stipulated facts and/or agreed exhibits for use in cross-motions for partial summary judgment.  (Doc. No. 21.)  On February 26, 2016, this action was reassigned from District Judge John A. Mendez to District Judge Dale A. Drozd for all further proceedings.  (Doc. No. 22.)

/////

On March 1, 2016, the parties filed a Joint Status Report and Proposed Stipulation, once again seeking to continue the scheduling conference. (Doc. No. 25.) Therein the parties state that, as of March 1, 2016, they have not yet reached a final agreement regarding stipulated facts and exhibits, but are continuing to meet and confer and are making significant progress in that regard. (*Id*.) The parties further indicate their joint belief that cross-motions for partial summary judgment, based on stipulated facts and exhibits, would be the most efficient means to resolve the primary issue presented in this action - whether the deductible applies "per house" or "per lawsuit" and that they will soon finalize an agreement regarding stipulated facts and exhibits. (*Id*.) The court has reviewed this stipulation of the parties and finds good cause for the requested further continuance of the scheduling conference. Accordingly,

1. The parties are directed to file a status report no later than March 15, 2016, reporting whether any agreement has been reached concerning stipulated facts and/or agreed exhibits for use in cross-motions for partial summary judgment.

2. If agreement is reached on stipulated facts and confirmed in the status report to be filed on or before March 15, 2016, then the parties are to file their respective motions for partial summary judgment by May 1, 2016, as directed below.

    a. The motions will address the following issue only:

    Does the Deductible Endorsement in each of the PROBUILDERS' policies apply to the Aranciba action such that only one deductible is owed by LITTRELL to PROBUILDERS, or does the Endorsement require payment by LITTRELL to PROBUILDERS for one deductible as to the owner of each home involved in the Aranciba action? Stated differently, does the PROBUILDERS' policy "per claim" deductible apply to each lawsuit seeking damages, or to each owner of a house that sought damages in the Aranciba action?

    b. Plaintiff PROBUILDERS is directed to file the stipulated facts and agreed exhibits with its motion, rather than having each party file them;

    c. The submission a separate statement of undisputed facts will not be required. However, all other applicable rules and procedures apply.

    d. All other court dates and required filings shall be vacated pending the final determination of the cross-motions for partial summary judgment.

3. If no agreement is reached for proceeding for cross-motions for partial summary judgment and confirmed in the status report to be filed on or before March 15, 2016, then the parties are directed to prepare and file a Joint Status Report by April 1, 2016, as required by the court's prior order dated January 8, 2016 (Doc. No. 17).

IT IS SO ORDERED.

Dated:   **March 3, 2016**   _____
UNITED STATES DISTRICT JUDGE