UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO. RRG A Risk Retention Group,<br><br>      Plaintiff,<br><br>vs.<br><br>LITTRELL HOMES, INC., L&L CONSTRUCTION dba LITTRELL HOMES, and ROBERT LITTRELL,<br><br>      Defendants. | Case No.:  1:15-cv-01520-DAD-EPG<br><br>**ORDER AMENDING SCHEDULING ORDER** |

On December 1, 2016, the parties filed a joint status report indicating that they have agreed to participate in a settlement conference and to extend the previously scheduled discovery cutoff dates in this case. After a review of these dates, and for good cause shown, IT IS HEREBY ORDERED that the Scheduling Order, dated May 24, 2016, is amended as set forth below:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Non Expert Discovery Cut-off | December 30, 2016 | March 15, 2017 |
| Expert Disclosure | January 31, 2017 | March 31, 2017 |
| Rebuttal Expert Disclosure | February 15, 2017 | April 15, 2017 |
| Expert Discovery Cut-off | March 31, 2017 | May 15, 2017 |
| Non Dispositive Motion Filing | May 15, 2017 | No change |
| Dispositive Motion Filing | July 15, 2017 | No change |

1

**ORDER AMENDING SCHEDULING ORDER**

The Court further sets a settlement conference in this case for **February 7, 2017** at **1:00 p.m.** in Courtroom 10 before Magistrate Judge Erica P. Grosjean. An order further detailing settlement conference procedures will be issued before the settlement conference.

IT IS SO ORDERED.

Dated:   **December 5, 2016**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE