JOHN H. PODESTA (State Bar No.154706)
DAWN A. SILBERSTEIN (State Bar No. 167936)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street, 17th Floor
San Francisco, California 94105-2725
Telephone:    (415) 433-0990
Facsimile:    (415) 434-1370


Attorneys for Plaintiff
PROBUILDERS SPECIALTY
INSURANCE COMPANY, RRG

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## (FRESNO DIVISION)

| | |
|---|---|
| PROBUILDERS SPECIALTY INSURANCE CO., RRG A Risk Retention Group,<br><br>Plaintiff,<br><br>vs.<br><br>LITTRELL HOMES, INC., L&L CONSTRUCTION DBA: LITTRELL HOMES, ROBERT LITTRELL,<br><br>Defendants. | Case No. 1:15-CV-01520-DAD-EPG<br><br>**DISCOVERY STIPULATION & ORDER** |

In November 2016, the parties, through their counsel of record, met and conferred regarding potential settlement negotiations and recommendations for a revised discovery cutoff dates to allow time to complete informal settlement negotiations between the parties. The parties agreed to participate in mediation before Magistrate Judge Grosjean on February 7, 2017 and for a continuation of the percipient discovery cutoff to March 15, 2017. However, due to the illness of one of the defendants, the mediation was continued to March 2, 2017. In light of the continuation of the mediation date and the schedule of counsel and the parties, the parties, though their counsel, have met and conferred and agreed to a corresponding continuation of the percipient and expert discovery cutoff dates. The stipulated

- 1 -

1    discovery cutoff dates will not interfere with the current cutoff date for dispositive motions

2    set for July 15, 2017.

3           Therefore, the parties hereby STIPULATE as follows:

4           1.      The Parties have agreed to participate in settlement discussions to determine

5    whether an informal resolution of this matter may be reached.

6           2.      The new percipient discovery cutoff will be extended to **April 17, 2017**.

7           3.      The parties further agree that Expert Witness disclosures shall be served by

8    mail or email no later than **April 17, 2017** and Rebuttal Expert Witness disclosures shall be

9    served no later than **May 1, 2017**.  Expert Discovery shall be completed by **May 30, 2017**.

10          4.      The current date for dispositive pre-trial motions shall remain as **July 15,**

11   **2017.**

12   IT IS SO STIPULATED:

13

14   Dated: March 1, 2017            POWELL SLATER, LLP

15                                   By:   _/s/ Matthew G. Backowski_____
                                          Matthew Backowski, attorneys for
16                                        defendants LITTRELL HOMES, INC.,
                                          L&L CONSTRUCTION dba
17                                        LITTRELL HOMES, and ROBERT
                                          LITTRELL
18

19   Dated: March 1, 2017            WILSON, ELSER, MOSKOWITZ,
                                         EDELMAN & DICKER, LLP
20

21                                   By:   _/s/ John H. Podesta_____
                                          John H. Podesta
22                                        Attorneys for Plaintiff PROBUILDERS
                                          SPECIALTY INSURANCE
23                                        COMPANY, RRG

24

25

26

27

28

-2-

1

**Order**

2      Based on the above stipulation, and good cause appearing therein, the Scheduling

3   Order, as amended on December 6, 2016, is amended as follows:

| Event | Current Dates | New Dates |
|-------|---------------|-----------|
| Non-expert discovery cutoff | March 15, 2017 | April 17, 2017 |
| Expert witness disclosure | March 31, 2017 | April 17, 2017 |
| Rebuttal expert disclosure | April 15, 2017 | May 1, 2017 |
| Expert discovery cutoff | May 15, 2017 | May 30, 2017 |

8      All other dates remain as previously set.

9   IT IS SO ORDERED.

10

11      Dated:   **March 1, 2017**              /s/ Erica P. Grosjean

                                        UNITED STATES MAGISTRATE
12   JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Order Regarding Discovery

1707945v.1